ELENA R. BACA, Bar No. 160564
elenabaca@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Telephone: 213.683.6000
Facsimile: 213.627.0705

Attorneys for Defendant
DOLLAR TREE STORES, INC.

*(Additional Counsel Listed on Next Page.)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY FARIA, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> DOLLAR TREE STORES, INC., a Virginia Corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO. 2:17-CV-07544-JAK-JEM <br><br> **JOINT STATUS REPORT REGARDING SETTLEMENT** <br><br> Judge: Hon. John A. Kronstadt <br> Ctrm: 10B <br><br> Complaint Filed: August 1, 2017 |

1  LINDBERGH PORTER, Bar No. 100091
   lporter@littler.com
2  LITTLER MENDELSON, P.C.
   333 Bush Street, 34th Floor
3  San Francisco, CA  94104
   Telephone:  415.433.1940
4  Facsimile:   415.399.8490

5  Attorneys for Defendant
   DOLLAR TREE STORES, INC.
6

7  MIKE ARIAS, Bar No. 115385
   mike@asstlawyers.com
8  ALFREDO TORRIJOS, Bar No. 222458
   alfredo@asstlawyers.com
9  CRAIG S. MOMITA, Bar No. 163347
   craig@asstlawyers.com
10 ARIAS, SANGUINETTI, WANG & TORRIJOS, LLP
   6701 Center Drive West, Suite 1400
11 Los Angeles, CA 90045
   Telephone: (310) 844-9696
12 Facsimile:  (310) 861-0168

13 Attorneys for Plaintiffs

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 2:17-CV-07544-JAK-JEM

JOINT STATUS
REPORT RE SETTLEMENT

Plaintiffs Anna Brothers, Lynn Rieger, Miriam Rodriguez, Catherine Lewis, Nora Gonzalez, Jimmie Johnson, Dennis McManus, Rosario Guerrero, Norma Magallon, Hugo Chavarria, Newton Cacho, and Manuel Padilla ("Plaintiffs") and Defendant Dollar Tree Stores, Inc. ("Defendant" or "Dollar Tree") (collectively, "the Parties"), by and through their counsel of record, hereby submit this Joint Status Report Regarding Settlement.

## I. STATUS OF SETTLEMENT

On August 1, 2017, 43 former Dollar Tree employees filed a single action in Los Angeles Superior Court, alleging various wage and hour violations on account of purportedly being misclassified as exempt employees. Dollar Tree removed the lawsuit to the Central District on October 16, 2017. *See* Dkt. 1. Dollar Tree subsequently moved to sever all claims and transfer the claims of all plaintiffs who worked outside of the Central District to the District Courts where they worked.[1] *See* Dkt. 10. On February 15, 2018, the Court granted Dollar Tree's motion to sever all claims and transfer those cases where plaintiffs worked outside of the Central District. *See* Dkt. 28. Accordingly, the Court transferred 19 separate, single-plaintiff cases to the Eastern District (assigned to Hon. Dale A. Drozd; Case No. 18-cv-00242) and 12 single-plaintiff cases to the Northern District (assigned to Hon. Richard Seeborg; Case No. 18-cv-01123). The claims of 11 plaintiffs remained before this Court. *Id*. An additional plaintiff, Manuel Padilla, filed a similar complaint, and the Court consolidated his case with the 11 others in this District for pre-trial purposes. *See* Dkt. 35.

On February 12, 2018, Judge Kronstadt ordered the Parties to submit a joint report regarding settlement methodology by March 12, 2018, and appear before this Court on September 10, 2018, for a status conference regarding settlement. *See* Dkt. 27.

On June 14, 2018, the Parties mediated the claims of all 43 remaining plaintiffs (12 in this District, 19 in the Eastern District, and 12 in the Northern District) ("All *Faria* Plaintiffs") before Hon. Jeffrey K. Winikow (Ret.). The Parties did not reach a

---

[1] The claims of one of the original 43 plaintiffs, Mark Braver, was dismissed with prejudice on December 11, 2017. *See* Dkt. 23.

settlement at mediation.  But, through a mediator's proposal, the Parties subsequently agreed on the structure of a settlement to resolve the claims of All *Faria* Plaintiffs.

Counsel for All *Faria* Plaintiffs are in the process of securing individual signatures on the settlement agreements to effectuate the terms of the global settlement.  Counsel for All *Faria* Plaintiffs expect to complete their efforts effectuating the terms of the settlement by September 10, 2018.

DATED:  August 27, 2018

/s/ *Elena R. Baca*
ELENA R. BACA
PAUL HASTINGS LLP

/s/ *Lindbergh Porter*
LINDBERGH PORTER
LITTLER MENDELSON, P.C.

Attorneys for Defendant
DOLLAR TREE STORES, INC.

DATED:  August 27, 2018

/s/ *Mike Arias*
MIKE ARIAS

ARIAS, SANGUINETTI, WANG, & TORRIJOS, LLP

Attorney for Plaintiffs

**Attestation Pursuant to Local Civil Rule 5-4.3.4**

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I attest that concurrence in the filing of the document has been obtained from all signatories to this filing.  I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 27, 2018

/s/Elena R. Baca
ELENA R. BACA
PAUL HASTINGS LLP

LEGAL_US_W # 95413920.4